COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | Reehan Malik v. Geico Advantage Insurance Company, Inc., Tara Carthew, Robert M. Miller, Tony Nicely, and Sura Omar |
| Appellate case number: | 01-19-00489-CV |
| Trial court case number: | 2018-62710 |
| Trial court: | 333rd District Court of Harris County |

Appellant, Reehan Malik, has filed a motion for leave to file an amended brief. Appellant's motion complies with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.1(b), 9.4, 10.1(a). Appellant's motion seeks to amend his brief to include bookmarks, make minor corrections, and add an exhibit. Appellant indicates he conferred with appellees, who do not oppose his motion. *See* TEX. R. APP. P. 10.3(a)(2).

Our review of appellant's original and amended opening briefs indicates that each brief exceeds 21,000 words. Rule 9.4, however, limits appellant's brief to 15,000 words. *See* TEX. R. APP. P. 9.4(i)(2)(B). And although appellant's briefs each include a certificate of compliance, the certificates do not state the number of words in the document. TEX. R. APP. P. 9.4(i)(3). Thus, the certificates are defective.

Accordingly, the Court **strikes** appellant's original and amended opening briefs. *See* TEX. R. APP. P. 9.4(k). The Court **orders** appellant to file a brief that complies with the Texas Rules of Appellate Procedure within 15 days of this order. *See* TEX. R. APP. P. 9.4, 38.1. Appellee's brief will be due 30 days after appellant files his brief. TEX. R. APP. P. 38.6(b). The Court **dismisses as moot** appellant's motion for leave to file an amended brief.

It is so ORDERED.

Judge's signature:   __/s/ Evelyn V. Keyes_____
                    ☑ Acting individually    ☐ Acting for the Court

Date:   ___November 5, 2019_____